EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
GREGORY J. MARCOT, State Bar No. 186546
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2606
Fax: (619) 645-2581
Email: Gregory.Marcot@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LESLIE ARTHUR BYRD,**<br>Petitioner,<br>**v.**<br>**ROBERT J. HERNANDEZ, WARDEN,**<br>Respondent. | 08-CV-0651 JM (AJB)<br>**RESPONDENT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING THE TIME FOR HIM TO RESPOND TO THE PETITION FOR WRIT OF HABEAS CORPUS**<br>Magistrate Judge: The Honorable Anthony J. Battaglia |

TO THE HONORABLE COURT AND PETITIONER LESLIE ARTHUR BYRD, APPEARING IN *PRO PER*:

Respondent R. J. Hernandez, Warden of Richard J. Donovan Correctional Facility at Rock Mountain, respectfully applies for an extension of time through July 7, 2008, to file a Motion to Dismiss, and through July 21, 2008 to file his Answer to the Petition for Writ of Habeas Corpus in this matter. Respondent's Motion to Dismiss is currently due to be filed on or before June 4, 2008, and his Answer is due to be filed on or before June 19, 2008.

///

Good cause exists for the requested extensions of time, as set forth in the concurrently filed declaration of Gregory J. Marcot. A proposed order granting the ex parte application is being lodged together with this application.

Dated: June 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

/s/ Gregory J. Marcot

GREGORY J. MARCOT
Deputy Attorney General
Attorneys for Respondent

GJM/scb
70125746.wpd
SD2008700418

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Byrd v. Hernandez**

No.: **08-CV-0651 JM (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 2, 2008, I served the attached **RESPONDENT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING THE TIME FOR HIM TO RESPOND TO THE PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

LESLIE ARTHUR BYRD
CDC # D-30420
RICHARD J. DONOVAN
CORRECTIONAL FACILITY AT ROCK
MOUNTAIN
P.O. BOX 799006
SAN DIEGO, CA 92179-9006

IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 2, 2008, at San Diego, California.

S. Banks
Declarant

[signature]
Signature

70125811.wpd