cal_____

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Leslie Arthur Byrd, | ) | Civil No.08cv651 JM (AJB) |
|                Petitioner, | ) | |
| v. | ) | Order Granting Ex Parte Request for |
| | ) | Enlargement of Time to Respond to the |
| Robert J. Hernandez, Warden, | ) | Petition for Writ of Habeas Corpus |
| | ) | [Doc. No. 4 |
|                Respondent. | ) | |

For good cause shown, Respondent's Ex-parte Request for Enlargement of Time to File is GRANTED. Respondents' shall file a Motion to Dismiss **on or before July 7, 2008**. If a motion to dismiss if filed Petitioner shall file his Opposition **on or before August 7, 2008**. Or alternatively, Respondent shall file their Answer *on or before July 21, 2008*, and Petitioner shall file his traverse **on or before August 21, 2008**.

*Any further application by Respondent for an extension of time to file the Motion to Dismiss and/or Answer must be made by the Senior Assistant Attorney General, prior to the time the Motion or Answer is due to be filed, and the extension must be required as a result of extraordinary circumstances.*

IT IS SO ORDERED.

DATED: June 4, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28